UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RDW CAPITAL, INC.,

                Plaintiff,

17 **CIVIL** 7195 (JPO)

-against-

**DEFAULT JUDGMENT**

BE INDUSTRIES, INC., et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated January 7, 2020, Plaintiff's motion for default judgment is GRANTED and judgment is entered in favor of Plaintiff in the amount of $1,500,000.00 against Defendants BE Industries, Inc., NAC Drive Systems, Inc., BE North America, Corp., Bellilli USA LLC, Antonio Monesi, and Filippo Puglisi.

**DATED**: New York, New York
          January 8, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**

                             **By**: _____
                                              **Deputy Clerk**